[No. 2690.]

### T. O. PRATHER *v.* THE STATE.

"LOCAL OPTION LAW."—Repeal of the "Local Option Law" pending an appeal from a conviction for its violation, nullifies the conviction.

APPEAL from the County Court of Bosque. Tried below before the Hon. R. G. Childress, County Judge.

The conviction was for the violation of the "Local Option Law." The penalty imposed was a fine of twenty-five dollars.

*J. M. Maxcy,* for the appellant.

*J. H. Burts,* Assistant Attorney General, for the State.

WILLSON, JUDGE. Since this appeal was taken the "Local Option Law," for a violation of which the judgment of conviction was had, has ceased to be of force in Bosque county, the same having been revoked and set aside by a vote of the people in that county, at an election held as provided by law.

Under repeated decisions of this court the judgment of conviction cannot therefore be enforced, and the same is reversed and the prosecution is dismissed.

*Reversed and dismissed.*

Opinion delivered June 20, 1883.